**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                     Civil Action No. 1:15-cv-00369-GBL-IDD

JOHN DOE, subscriber assigned IP address
173.79.104.23,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 173.79.104.23. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 21, 2015

                                                          Respectfully submitted,

                                                          By:    /s/ *William E. Tabot*
                                                          William E. Tabot PC
                                                          9248 Mosby Street
                                                          Manassas, VA 20110-5038
                                                          Phone: 703-530-7075
                                                          Email: wetabotesq@wetlawfirm.com
                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                               By:  /s/ *William E. Tabot*_____
                                                               William E. Tabot